UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYN STEPHEN RICHARDSON,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>TERRY ROYAL, ET AL.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00626-ART-CLB<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

The Clerk's Office mistakenly opened a new case and docketed the complaint. The Clerk's Office is directed to administratively close this case. The Court will address the matter of the complaint (ECF No. 1-1) in the case it was originally filed. *See Richardson v. Bean*, 3:25-cv-00384-MMD-CLB.

DATED: November 7, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE